IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 09-CR-30101-MJR |
| JOHN BACON; JULIUS JACKSON; and JOSEPH ADDISON, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**REAGAN, District Judge:**

Defendants Bacon, Jackson and Addison pleaded guilty to conspiracy to commit dogfighting, and the Court has sentenced them to imprisonment. They are not detained at present, but because they will be once the Bureau of Prisons determines where they will serve time, they have moved to be released on bond pending their appeal of their sentences. (Docs. 221, 222, 239.) Each defendant claims that their appeal presents a substantial question of law without identifying the substantial question of law or fully developing it. Considering that the Defendants freely pleaded guilty and the Court sentenced each defendant to a term substantially less than the statutory maximum after considering the scheme set out by the U.S. Sentencing Guidelines Manual, the Court cannot say that their appeal could raise a "close" legal question or one that "very well could be decided the other way." *United States v. Eaken*, 995 F.2d 740, 741(7th Cir. 1993). The Court **DENIES** the motions for bond (Docs. 221, 222, 239).

IT IS SO ORDERED.

DATED June 15, 2010.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**