# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 17, 2010

**To:** Nancy J. Rosenstengel
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 10-2469
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> JOHN BACON,
> Defendant - Appellant
>
> District Court No: 3:09-cr-30101-MJR-3
> Court Reporter Molly Clayton
> District Judge Michael Reagan
> Clerk/Agency Rep Nancy Rosenstengel
>
> Date NOA filed in District Court: 06/14/2010

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)